**HARVEY FISHBEIN**
——— Attorney At Law ———
61 Broadway, Suite 1601
New York, New York 10006
Tel: (212) 233-9555
Fax: (212) 267-3024
HFishbein@gfrglawfirm.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/05

December 14, 2005

By Hand

Hon. Kenneth M. Karas
Federal District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: USA v. Natasha Singh
                    S1 05 Cr. 1067 (KMK)

Dear Judge Karas:

    I write to request that the bail conditions for my client, Natasha Singh, be modified. At present, the defendant has been released pursuant to a $250,000 personal recognizance bond partially secured by her home located at 708 Meade Court, Williamstown, NJ 08094.

    With the Government's permission, Ms. Singh has entered into a contract of sale of the home. She will be moving to a rental apartment located at 15 Highbridge Lane, West Deptford, NJ 08086. Accordingly, I respectfully request that the Court modify Ms. Singh's bail conditions to the extent that her home no longer be required as partial security for the personal recognizance bond. I have spoken with AUSA Danya Perry and she informs me that the Government joins in this application.

                Very truly yours,

                Harvey Fishbein

cc: Danya Perry, AUSA (By Hand)

*[Handwritten note:] Ms. Singh's bail conditions may be modified to excuse use of the West Deptford residence as security for the bond.*

*So Ordered.*

*12/16/05*