```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| -against- | |
| DOUGLAS SHYNE, et al., | S1 05 Cr. 1067 (KMK) |
| Defendant. | |

PRESENT:    HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for the defendant; and with the consent of the Government and Pre-trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to allow her the right to be absent from her home for childcare and/or extraordinary school issues for her children. She is to give pre-trial services at least 24 hour notice of any said absences.

Dated: USDC, SDNY
       January 9, 2006

SO ORDERED:

_____
U.S.D.J.