UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-against-

DOUGLAS SHYNE, et al.,

Defendant.

S1 05 Cr. 1067 (KMK)

ORDER

P R E S E N T:   HON. KENNETH M. KARAS, U.S.D.J.

UPON hearing arguments by the Government and Harvey Fishbein, counsel for Natasha Singh; and Pre-trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to not permit her to have contact with anyone, except with the following exceptions:

1) Under the supervision of her attorney at a joint defense meeting with any of her co-defendants, except that she is permitted to have non-attorney supervised communication with her mother, Christine Richardson.

2) She is permitted to communicate with medical personnel regarding her and/or her children's health needs.

3) She is permitted to communicate with school personnel regarding her children.

4) She is permitted to communicate with her brother, Ephraim Richardson.

Furthermore, if the defendant wishes to visit or communicate with anyone else, she is required to first receive permission from the Government and Pre-trial Services.

Dated: USDC, SDNY
~~January~~ , 2006
FEB 4, 2006

SO ORDERED:

_____
U.S.D.J.