UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOUGLAS SHYNE, et al.,

Defendant.

ORDER

S4 05 Cr. 1067 (KMK)

P R E S E N T:   HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for Natasha Singh and the consent of the Government and Pre-trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to permit her, under the supervision of Pre-trial Services, to seek employment and attend the Center for Family Services, TANF Initiative for Parenting Program in Woodbury, New Jersey to receive training and assistance in gaining employment.

Dated: New York, New York
       May 4, 2006

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/06