UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DOUGLAS SHYNE, et al.,<br><br>Defendant. | ORDER<br><br>S4 05 Cr. 1067 (KMK) |

P R E S E N T:    HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for Natasha Singh and the consent of the Government, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to permit her, if the Bureau of Prisons permits, to visit her mother, Christine Richardson, registration number 65486-004, who is presently detained at the Metropolitan Detention Center, Brooklyn. Any such visit by Natasha Singh must be in accordance with the rules and regulations of the Bureau of Prisons.

Dated: New York, New York
       July 20, 2006

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/06