**HARVEY FISHBEIN**
──── ATTORNEY AT LAW ────

61 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
TEL.: (212) 233-9555
FAX: (212) 267-3024
HFISHBEIN@GFRGLAWFIRM.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/06

July 27, 2006

By Hand

Hon. Kenneth M. Karas
Federal District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: USA v. Natasha Singh
S3 05 Cr. 1067 (KMK)

Dear Judge Karas:

    Enclosed please find a proposed Order modifying the bail conditions of my client, Natasha Singh, to permit her to attend religious services each Sunday. I have spoken with AUSA Danya Perry and US Pre-Trial Officer Richard DiGiacamo and each consent to this modification. Ms. Singh will inform Officer DiGiacamo of the location and length of the services, each of which will be subject to verification.

Respectfully submitted,

Harvey Fishbein

Encl.

cc: E. Danya Perry, AUSA (By Fax 212-637-2429)
    Richard DiGiacamo (By Fax 856-757-5110)

*Bail for Ms. Singh is modified as indicated in this letter.*

*So Ordered.*

*[signature]*
*8/6/06*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DOUGLAS SHYNE, et al.,<br><br>Defendant. | **ORDER**<br><br>S4 05 Cr. 1067 (KMK) |

P R E S E N T:   HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for Natasha Singh and the consent of the Government and Pre-Trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to permit her to attend religious services each Sunday. Such attendance shall be regulated by her Pre-Trial Officer.

Dated: New York, New York
       July 31, 2006

SO ORDERED:

_____
U.S.D.J.