```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA
                                        :
       -v.-                                 S4 05 Cr. 1067 (KMK)
                                        :
DOUGLAS SHYNE,
NATASHA SINGH,                          :
     a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,                        :
TOYBE BENNETT,
     a/k/a "Dmitriy Makarevich,"        :
     a/k/a "Dmitriy Makervish,"
     a/k/a "Eduardo Rodrigues,"         :
     a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,                     :
EPHRAIM RICHARDSON,
NARESH PITAMBAR,                        :
JASON WATLER,
STEVEN RIDDICK,                         :
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,                     :

              Defendants.               :

- - - - - - - - - - - - - - - - - - - -x
```

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests that the Clerk of the Court:

(A)   note his appearance in this case; and

(B)  add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____/s/_____
    Daniel W. Levy
    Assistant United States Attorney
    Telephone:  (212) 637-1062

TO:  Susan V. Tipograph, Esquire
350 Broadway, Suite 700
New York, New York 10013

Counsel to defendant Douglas Shyne

Harvey Fishbein, Esq.
61 Broadway, Suite 1601
New York, New York 10006

Counsel to defendant Natasha Singh

Daniel S. Parker, Esq.
Parker & Carmody, LLP
1350 Broadway, Suite 1400
New York, New York 10018

Counsel to defendant Christine Richardson

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway, Suite 3300
New York, New York 10006

Counsel to defendant Nathaniel Shyne

Neil S. Cartusciello, Esq.
2 West Main Street
Mendham, New Jersey 07945

Counsel to defendant Toybe Bennett

```
Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007
```

Counsel to defendant Roberto Montgomery

```
George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019
```

Counsel to defendant Ephraim Richardson

```
Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004
```

Counsel to defendant Naresh Pitambar

```
Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035
```

Counsel to defendant Jason Watler

```
Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403
```

Counsel to defendant Steven Riddick

```
Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007
```

Counsel to defendant Nathaniel Alexander

```
Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
```

Counsel to defendant Timothy Montgomery

## **AFFIRMATION OF SERVICE**

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

I am employed in the Office of the United States Attorney for the Southern District of New York.

On September 16, 2006, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorneys, who are filing users in this case:

> Susan V. Tipograph, Esquire
> 350 Broadway, Suite 700
> New York, New York 10013
>
> Counsel to defendant Douglas Shyne
>
> Harvey Fishbein, Esq.
> 61 Broadway, Suite 1601
> New York, New York 10006
>
> Counsel to defendant Natasha Singh
>
> Daniel S. Parker, Esq.
> Parker & Carmody, LLP
> 1350 Broadway, Suite 1400
> New York, New York 10018
>
> Counsel to defendant Christine Richardson
>
> David L. Lewis, Esq.
> Lewis & Fiore
> 225 Broadway, Suite 3300
> New York, New York 10006
>
> Counsel to defendant Nathaniel Shyne
>
> Neil S. Cartusciello, Esq.
> 2 West Main Street
> Mendham, New Jersey 07945
>
> Counsel to defendant Toybe Bennett

```
Thomas H. Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007
```

Counsel to defendant Roberto Montgomery

```
George R. Goltzer, Esq.
200 West 57th Street, Suite 900
New York, New York 10019
```

Counsel to defendant Ephraim Richardson

```
Denis P. Kelleher, Jr., Esq.
Kelleher & Dunne LLP
17 Battery Place, 11th Floor
New York, New York 10004
```

Counsel to defendant Naresh Pitambar

```
Xavier R. Donaldson, Esq.
Donaldson, Chilliest & McDaniel LLP
103 East 125th Street
New York, New York 10035
```

Counsel to defendant Jason Watler

```
Bryan H. Hoss, Esq.
Davis & Hoss, PC
508 E. 5th Street
Chattanooga, Tennessee 37403
```

Counsel to defendant Steven Riddick

```
Michael Fineman, Esq.
305 Broadway, 7th Floor
New York, New York 10007
```

Counsel to defendant Nathaniel Alexander

```
Robert W. McFarland, Esq.
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
```

Counsel to defendant Timothy Montgomery

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           September 16, 2006

                                            /s/
                                   Daniel W. Levy
                                   Assistant United States Attorney
                                   Telephone:  (212) 637-1062