UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Douglas Shyne -Deft # 1
Natasha Singh Deft # 2
Nathaniel Shyne Deft # 4
Toybe Bennett  Deft # 5
Roberto Montgomery  Deft # 6
Naresh Pitambar  Deft # 8
Jason Watler  Deft # 9
Steven Riddick  Deft # 10
Nathaniel Alexander  Deft # 11
Timothy Montgomery  Deft # 12
                       Defendants.

Case No. ~~04-CR-1272~~ 05CR1067 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all defendants appear with counsel for a conference on **March 1, 2007 at 3:30pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    January 30, 2007
            New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 1/31/07]