UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/07

UNITED STATES OF AMERICA

    -against-

DOUGLAS SHYNE, et al.,

                   Defendant.

ORDER

S4 05 Cr. 1067 (KMK)

P R E S E N T:    HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for the defendant; and with the consent of the Government, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to allow her to travel to New York City for the purpose of admitting her mother to Beth-Israel Hospital and, thereafter, upon her mother's discharge from the hospital, permit her to again travel to New York in order to accompany her mother to her home in New Jersey. Each date of travel shall be coordinated with Pre-Trial Services.

Dated: USDC, SDNY
       February 16, 2007

SO ORDERED:

_____
U.S.D.J.