```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT
                                    :
        -v.-                        :    S5 05 Cr. 1067 (KMK)
                                    :
NATASHA SINGH,                      :
 a/k/a "Beatris Rodrigues,"         :
                                    :
        Defendant.                  :
- - - - - - - - - - - - - - - - - -x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1344, 1349, 1956(a)(1)(B)(i) 1956(h), 1001(a), and 2, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
         March 19, 2007

_____
NATASHA SINGH
Defendant

_____
Witness

_____
Harvey Fishbein, Esq.
Attorney for Natasha Singh

USDC SDNY
MAR 19 2007