UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/07

UNITED STATES OF AMERICA

-against-

DOUGLAS SHYNE, et al.,

Defendant.

ORDER

05 Cr. 1067 (KMK)

P R E S E N T:   HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of Harvey Fishbein, counsel for the defendant; and with the consent of the Government, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified to remove the condition of home detention with electronic monitoring.

Dated: USDC, SDNY
       March 20, 2007

SO ORDERED:

_____
U.S.D.J.