```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DOUGLAS SHYNE,
NATASHA SINGH,
  a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,
TOYBE BENNETT,
  a/k/a "Dmitriy Makarevich,"
  a/k/a "Dmitriy Makervish,"
  a/k/a "Eduardo Rodrigues,"
  a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,
EPHRAIM RICHARDSON,
NARESH PITAMBAR,
JASON WATLER,
STEVEN RIDDICK,
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,

              Defendants.

Case No. S4 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Any interested Parties are hereby ORDERED to respond regarding why the transcript of the proceedings that occurred on January 25, 2006, should or should not be unsealed. Responses are due by 4:00 p.m. on Friday, April 6, 2007.

SO ORDERED.

Dated:    April 5, 2007
            New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE