UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/07

UNITED STATES OF AMERICA,

-v-

DOUGLAS SHYNE,
NATASHA SINGH,
  a/k/a "Beatris Rodrigues,"
NATHANIEL SHYNE,
TOYBE BENNETT,
  a/k/a "Dmitriy Makarevich,"
  a/k/a "Dmitriy Makervish,"
  a/k/a "Eduardo Rodrigues,"
  a/k/a "Cecilio Pena,"
ROBERTO MONTGOMERY,
EPHRAIM RICHARDSON,
NARESH PITAMBAR,
JASON WATLER,
STEVEN RIDDICK,
NATHANIEL ALEXANDER, and
TIMOTHY MONTGOMERY,

                    Defendants.

Case No. S4 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      The Government is not required to produce prior written or recorded statements pursuant to 18 U.S.C. § 3500 in connection with co-conspirator statements under Fed. R. Evid. 801(d)(2)(f). However, as the Court stated on the record, the Government is required, pursuant to its obligations under Fed. R. Evid. 806, *Giglio*, and *Brady*, to provide impeachment material

for the persons who made the purported statements in furtherance of the conspiracy.

SO ORDERED.

Dated:   April 13, 2007
         New York, New York

                                              _____
                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE