# JOB INVOICE

*[handwritten notation at top:]* Massimo BLDG

| TO: First Lending Mortgage Corp | DATE ORDERED: 11/16/04 | ORDER TAKEN BY: Chris (George?) |
|---|---|---|
| ADDRESS: Hillside Avenue, New York | PHONE NO: | CUSTOMER ORDER # |
| ATTENTION: Winston Shillingford | JOB LOCATION: 348.0033 Billing | |
| | JOB PHONE | STARTING DATE: 11/16/04 |
| | TERMS: 6 months | |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $167,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

*[handwritten across form:]* Paid in Full by Check (Company Ck)

MISCELLANEOUS CHARGES: Enclosed in Total Price

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

| | |
|---|---|
| WORK ORDERED BY: Winston Shillingford | TOTAL LABOR: $8,740.00 |
| DATE ORDERED: 11/16/04 | TOTAL MATERIALS |
| DATE COMPLETED: 3/16/05 | TOTAL MISCELLANEOUS |
| CUSTOMER APPROVAL SIGNATURE: [signature] | SUBTOTAL |
| AUTHORIZED SIGNATURE: [signature] | TAX |
| | GRAND TOTAL: $187,400.00 |

adams NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT
402
06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Manager |
| | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5A15A6 |
| | JOB LOCATION: 804-343-0093 |
| | JOB PHONE: 12/1/09 |
| ATTENTION: Paid in Full (Company) | STARTING DATE: 11/27/04 |
| | TERMS: 6 months |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/employees (total # 95 people) | | $15,000.00 | Repair Credit reports Personal and business (help to Est new Credit Fo business + Personal |
| 5 | locations R+S Stereos Credit Services with managers and employees total # 150 clients | | $60,000 | |
| 15 | Personal files For Credit Services the owner of above Companies | | $85,000.00 | |
|  | * Order Total $160,000.00 | | | |

MISCELLANEOUS CHARGES

dis counted

| LABOR | HRS | RATE | AMOUNT |
|---|---|---|---|
| Flat Rates For Commercial Accounts | | | |

| | |
|---|---|
| WORK ORDERED BY: Manager (C. Owens) | TOTAL LABOR: 160,000 |
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS: |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS: |
| CUSTOMER APPROVAL SIGNATURE: [signature] | SUBTOTAL: |
| AUTHORIZED SIGNATURE: [signature] | TAX: |
| | GRAND TOTAL: 160,000 |

Adams NC2817
MADE IN USA

**JOB INVOICE**