UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

**Natasha Singh,**

Defendant.

S3 05 Cr. 1067 (KMK)

**NOTICE OF CHANGE
OF FIRM, PHONE AND
EMAIL**

    PLEASE BE ADVISED that the following contact information for Harvey Fishbein, Esq.:

> Harvey Fishbein, Esq.
> Fishbein McConnell, LLP
> 61 Broadway
> Suite 1601
> New York, NY 10006
> 212-233-9555
> 212-267-3024 (fax)
> Fishbein@fmlawny.com

has been changed to:

> Harvey Fishbein, Esq.
> 61 Broadway
> Suite 1601
> New York, NY 10006
> 212-233-9555
> 212-267-3024 (fax)
> hf@harveyfishbein.com

Dated: New York, NY
       January 3, 2008

Harvey Fishbein, Esq.
Attorney for the Defendant
61 Broadway, Suite 1601
New York, NY 10006
212-233-9555