UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOUGLAS SHYNE, et al.,

Defendant.

ORDER

S3 05 Cr. 1067 (KMK)

P R E S E N T:   HON. KENNETH M. KARAS, U.S.D.J.

UPON the application of the defendant, Natasha Singh, and with the consent of the Government and Pre-Trial Services, it is hereby

ORDERED, that the bail conditions for Natasha Singh, a defendant in the above captioned matter, be modified, in that:

1) On a date convenient to all parties, Pre-trial Services Officer Richard DiGiacamo, who is in possession of Natasha Singh's United States passport, and who is located at Camden Federal Building & U.S. Courthouse at 401 Market Street, Camden, NJ 08101, is permitted to provide said passport to Natasha Singh for the sole reason of her presenting it to the United States Social Security Administration to establish her citizenship status which is required for her to obtain a duplicate of her lost social security card.

2) On the same business day that Ms. Singh is provided the passport by Pre-trial Services Officer DiGiacamo, Ms. Singh is to return it to Mr. DiGiacamo.

3) Pre-trial Services will retain custody of the passport until the conclusion of this matter or further order of this Court.

Dated: USDC, SDNY
April 15, 2008

SO ORDERED:

U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____